

Matter of Attorneys in Violation of Judiciary Law § 468-a. (Bustos) (2020 NY Slip Op 00477)





Matter of Attorneys in Violation of Judiciary Law  468-a. (Bustos)


2020 NY Slip Op 00477


Decided on January 23, 2020


Appellate Division, Third Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered: January 23, 2020

PM-22-20

[*1]In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Rita Jean Bustos, Respondent. (Attorney Registration No. 4697538.)

Calendar Date: December 30, 2019

Before: Garry, P.J., Lynch, Mulvey, Aarons and Reynolds Fitzgerald, JJ., concur. 


Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.
Rita Jean Bustos, Paradise Valley, Arizona, respondent pro se.



Motion by respondent for an order reinstating her to the practice of law following her suspension by May 2019 order of this Court (Matter of Attorneys in Violation of Judiciary Law § 468-a, 172 AD3d 1706 [2019]; see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.16; Rules of App Div, 3d Dept [22 NYCRR] § 806.16).
Upon reading respondent's notice of motion, affidavit with exhibits sworn to November 4, 2019, supplemental letter with exhibits dated January 2, 2020, and the responsive correspondence from the Attorney Grievance Committee for the Third Judicial Department dated December 23, 2019, and having determined, by clear and convincing evidence, that (1) respondent has complied with the order of suspension and the Rules of this Court, (2) respondent has the requisite character and fitness to practice law, and (3) it would be in the public interest to reinstate respondent to the practice of law (see Matter of Attorneys in Violation of Judiciary Law § 468-a [Stonner], 175 AD3d 799 [2019]; Matter of Attorneys in Violation of Judiciary Law § 468-a [Dorsett], 174 AD3d 1219 [2019]), it is
ORDERED that respondent's motion for reinstatement is granted; and it is further
ORDERED that respondent is reinstated as an attorney and counselor-at-law, effectively immediately.
Garry, P.J., Lynch, Mulvey, Aarons and Reynolds Fitzgerald, JJ., concur.








